BRIAN STRETCH
Acting United States Attorney
DEBORAH LEE STATCHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER WSBN 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI KAYE KIDD, | Case No. 3:16-cv-00215-EDL |
| Plaintiff, | [PROPOSED] ORDER EXTENDING FILING ANSWER, CERTIFIED ADMINISTRATIVE RECORD, AND BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ORDERED:

    Pursuant to the parties' stipulation, that Defendant shall have to and including, July 5, 2016 to file her Answer and the certified administrative record. Plaintiff shall have thirty (30) days from July 5, 2016 to and including August 4,

2016 to serve and file her Motion for Summary Judgment; Defendant shall have thirty (30) days to and including September 3, 2016 to serve and file any opposition or counter motion, and Plaintiff shall have fourteen (14) days to and including September 17, 2016 to serve and file her reply.

.

.

Dated: July 5, 2016         *[signature]*
                            ELIZABETH D. LAPORTE
                            UNITED STATES DISTRICT MAGISTRATE JUDGE